427 A.2d 1204

Commonwealth v. Leymeister, Appellant.

Submitted September 13, 1979. Frank R. Cori, Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.